STATE OF MONTANA ex rel. ALLSTATE INSURANCE COMPANY, Relator, v. THE DISTRICT COURT of the FIRST JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF LEWIS AND CLARK, and the HONORABLE VICTOR H. FALL, Presiding Judge thereof, or His Successor, Respondents.

No. 12223.
Supreme Court of Montana.
Decided March 14, 1972.
495 P.2d 202.

ORDER

PER CURIAM.

On February 16, 1972, this Court issued an Order to Show Cause directing the respondent district court to appear and show cause why a partial summary judgment issued against the relator on the issue of liability in an action in that court should not be reversed and set aside.

Return was made, argument had, and it now appears that our order was improvidently issued. Accordingly, our stay order is quashed and the petition for a writ of supervisory control is denied.